(106 So. 138)

## BRITTON v. BULLEN. (8 Div. 780.)

(Supreme Court of Alabama. Nov. 5, 1925.)

**Appeal and error ⊜⇒628(1)—Fact that counsel was busy held not to excuse failure for eight months to file transcript of record in Court of Appeals.**

Although, under Code 1923, § 6103, court may for good cause extend time for filing transcript of record and excuse default, where transcript was filed with Court of Appeals eight months after approval and signing of supersedeas and bill of exceptions, which was six months after time allowed by section 6107 for filing transcript, affidavit of counsel that he was busy attending courts is not sufficient excuse for delay in filing transcript, and motion of appellee to affirm will be granted.

Appeal from Circuit Court, Franklin County; Charles P. Almon, Judge.

Attachment suit by Ed Bullen against J. W. Britton. Judgment for plaintiff, and defendant appeals. Transferred from Court of Appeals under Code 1923, § 7326. Affirmed.

Thos. J. Carey, of Haleyville, for appellant.

In view of the decision, it is not necessary that briefs be here set out.

Travis Williams, of Russellville, for appellee.

Brief of counsel did not reach the Reporter.

PER CURIAM. The supersedeas and bill of exceptions in this cause were approved and the latter signed September 24, 1924. Eight months later the transcript was filed in the Court of Appeals. But this was six months after the time limited by law for the filing of the transcript (Code 1923, § 6107), and four days after appellee's motion to affirm had been submitted for decision. The court may for good cause shown extend the time for filing the transcript (Code, § 6103), and may excuse default. But appellant's affidavit offers no sufficient excuse for the great delay shown in this case. It is, generally, that counsel was busy in the various courts attended by him; but this by no means sufficiently accounts for the failure for eight months to file the transcript of the record in the Court of Appeals.

Appellee's motion to affirm must be granted.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.